BRYAN R. WHITTAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-Mail: Bryan.Whittaker@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
SEP 12 2017
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN PAUL SCHULZ,<br><br>Defendants. | CR 17-64-GF-BMM<br><br>**INDICTMENT**<br><br>**FELON IN POSSESSION OF FIREARMS AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

Between on or about October 21, 2015, and August 4, 2016, in Pondera County, in the State and District of Montana, the defendant, JONATHAN PAUL SCHULZ, having been convicted on or about July 24, 2003, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Texas, knowingly possessed, in and affecting interstate commerce, firearms and

1

ammunition, namely, a Taurus, model 4510 The Judge, .45 caliber/.410 gauge revolver; a Smith & Wesson, model M&P 40 Compact, .40 caliber semi-automatic pistol (serial number: DWB6837); and various rounds and caliber of ammunition, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL. Foreperson signature redacted. Original document filed under seal.

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ___
Warrant: ✓
Bail: ___