**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR-17-64-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JONATHAN PAUL SCHULZ,** | |
| **Defendant.** | |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED that the United States' motion under Fed. R. Crim. P. 41(g) is GRANTED.  IT IS FURTHER ORDERED that the FBI shall return the Smith & Wesson, model M&P Compact, .40 caliber semi-automatic pistol (serial number: DWB6837) to Ty Aaberg.

DATED this 25th day of July, 2019.

_____
Brian Morris
United States District Court Judge