IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-64-GF–BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| JONATHAN PAUL SCHULZ, | |
| Defendant. | |

Upon Defendant's Motion to Continue (Doc. 47), and with good cause shown, **IT IS HEREBY ORDERED** that motion hearing set for June 10, 2021 is VACATED and RESET for June 16, 2021 at 1:30 p.m. before the undersigned.

DATED this 9th day of June, 2021.

Brian Morris
United States District Court Judge