IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-64-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JONATHAN PAUL SCHULZ, | |
| Defendant. | |

Jonathan Paul Schulz filed a Motion for Early Termination of Supervised Release. Doc. 45. The Government does not oppose early termination of Schulz's supervised release. The Court conducted a hearing on the motion on August 18, 2021. *Id*. For the reasons below, the Court grants Schulz's motion.

Schulz pleaded guilty to the crime of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (Doc. 19.) The Court sentenced Schulz to the Bureau of Prisons on December 20, 2013, for a term of 27 months followed by a term of 3 years supervised release. Doc 41. Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Schulz's supervised release. Schulz has been under supervision without incident for the last 24 months. He began supervised release on August 13, 2019. There is no indication in the record that Schulz violated or had any problems with his supervision. Schulz has successfully completed treatment and counseling and is employed full time. The Court received a report from Schulz's United States Probation Officer that advocates for Schulz's early termination. These successes, in conjunction with Schulz's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Schulz's Motion for Early Termination of Supervised Release (Doc. 45) is **GRANTED**.

2. Schulz is **DISCHARGED** from supervised release.

DATED this 18th day of August, 2021.

Brian Morris, Chief District Judge
United States District Court